# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BERNARD U. AKAGHA,

Plaintiff,

v.

AFFINIA DEFAULT SERVICES, LLC, et al,

Defendants.

/

Case No. 1:26-cv-04576-KES-EGC

**FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO PROSECUTE**

(Docs. 3, 8)

FOURTEEN-DAY DEADLINE

Plaintiff Bernard U. Akagha is proceeding *pro se* in this action which was removed from Fresno County Superior Court on June 12, 2026. (Doc. 1).

On June 22, 2026, Defendant Lakeview Loan Servicing, LLC filed a motion to dismiss. (Doc. 3). Plaintiff did not timely respond to the motion. (*See* Docket).

On August 18, 2026, an order issued for Plaintiff to show cause ("OSC") within twenty-one days why the action should not be dismissed for their failure to obey the local rules and for failure to prosecute this case. (Doc. 8). Plaintiff was warned in the OSC that failure to comply with the Court's order would result in a recommendation to the presiding district judge of the dismissal of this action. (*Id*. at 2). Plaintiff not yet filed any response, and the time to do so has passed.

The Local Rules of the United States District Court for the Eastern District of California, corresponding with Rule 11 of the Federal Rules of Civil Procedure, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." E.D. Cal. L.R. 110.

"District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including dismissal of an action. *Thompson v. Hous. Auth. of L.A.*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's failure to prosecute an action, to obey a court order, or to comply with local rules. *See*, *e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Based on Plaintiff's failure to respond to the pending motion to dismiss or the OSC, the undersigned finds that there is no alternative but to dismiss the action for their failure to obey court orders and failure to prosecute.

Accordingly, it is **HEREBY RECOMMENDED** that this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute this action.

These Findings and Recommendation will be submitted to the assigned United States District Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(l)(B). **Within fourteen (14) days** after being served with these Findings and Recommendation, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

The Court **DIRECTS** the Clerk of Court to send a copy of this Order to Plaintiff at their last known address as listed on the docket for this matter.

IT IS SO ORDERED.

Dated: **September 15, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE